**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| CITICORP VENDOR FINANCE, INC., | : | Civ. Action No. 06-3720(NLH) |
| Plaintiff, | : | |
| v. | : | **OPINION** |
| PIXEL IMAGING INTERNATIONAL, INC., BEHNAZ VAHDAT, a.k.a. VAHDAT BEHNAZ, and DAWOOD PARVIZI, | : | |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 8th day of August, 2007 that Plaintiff's motion for summary judgment [11] is **DENIED WITHOUT PREFJUDICE**.

s/ Noel L. Hillman

At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.